IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MARY LEWIS, | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION 15-00447-KD-B |
| | : | |
| CAROLYN W. COLVIN, | : | |
| COMMISSIONER OF SOCIAL SECURITY,: | | |
|     Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 26, 2017, is **ADOPTED** as the opinion of this Court.

As such, it is **ORDERED** that the decision of the Commissioner, denying Plaintiff's claim for a period of disability and disability insurance benefits, is **AFFIRMED.**

**DONE** and **ORDERED** this the **13th** day of **February 2017.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**